1  **GALATEA DeLAPP  #181581**
Attorney at Law
2  4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
3  PHONE (559) 803-0471
FAX (559) 961-4488
4

5  ATTORNEY FOR  *ROY ALONZO DICKINSON*

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )
                                )
12      *Plaintiff*,             )   CASE NO.1:10-cr-00056-OWW
                                )
13      v.                       )   STIPULATION AND ORDER TO
                                )   SET STATUS CONFERENCE RE
14  ROY ALONZO DICKINSON,        )   ADVANCING SENTENCING HEARING
                                )   CURRENTLY SET FOR MARCH 30, 2011
15      *Defendant*.             )
    _____ )
16

17

18      **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that a status conference be set for *March 7, 2011 at 1:30pm* in the above captioned matter. This request is made in order to facilitate complex timing issues involving eligibility for a prison drug and alcohol program and a sentence presently being served by defendant on another matter. The court indicated at the plea in this case, an expedited sentencing was acceptable should it be requested.

19

20

21

22

23

24

25  Dated: March 3, 2011                By:  /s/ Galatea R. DeLapp

26                                           *GALATEA R. DELAPP*
                                             Attorney for Roy Alonzo Dickinson

27  ///

28  ///

1

2   Dated: March 3, 2011                    BENJAMIN WAGNER
                                            United States Attorney
3

4                                    By:   /s/ Kathleen Servatius

5                                          **KATHLEEN SERVATIUS**
                                           Assistant U.S. Attorney
6

7                                          ORDER

8   IT IS SO ORDERED.

9

10  Dated: March 4, 2011              /s/ OLIVER W. W ANGER
                                      United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28